UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 08-21274-CIV-UNGARO/SIMONTON

THE ASSOCIATED BUILDERS AND
CONTRACTORS FLORIDA EAST
COAST CHAPTER, *et al.*

    Plaintiffs,

v.

MIAMI-DADE COUNTY,

    Defendant.
_____/

## MIAMI-DADE COUNTY'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Miami-Dade County (the "County") moves to dismiss Plaintiffs' Complaint for Declaratory and Injunctive Relief (the "Complaint" or "Compl.") (D.E. No. 1).

In support of this motion, the County incorporates here its Response in Opposition to Plaintiffs' Emergency Motion for Preliminary Injunction (D.E. No. 11) and the County's arguments asserted at the Court's May 16, 2008 hearing on Plaintiffs' Emergency Motion for Preliminary Injunction (collectively, the "County's Opposition to the Injunction"). As set forth in the County's Opposition to the Injunction, the County asserts and maintains that Plaintiffs' claims are deficient and, therefore, must be dismissed because: (1) none of Plaintiffs' claims are ripe for review; (2) as a matter of law, the County's Crane Ordinance is not preempted under the Occupational Safety and Health Act ("OSH Act"), 29 U.S.C. § 651 *et seq.*; and (3) Plaintiffs' claims that the Crane

Ordinance is unconstitutional for alleged violations of substantive and procedural due process rights and the dormant commerce clause (Counts III – V) are legally insufficient. For the reasons the County has previously briefed and presented to the Court, the County respectfully requests that the Court enter an order dismissing the Complaint.[1]

          Respectfully submitted,

          R.A. CUEVAS, JR.
          MIAMI-DADE COUNTY ATTORNEY

          By: **s/Eduardo W. Gonzalez**
          Hugo Benitez
          Assistant County Attorney
          Florida Bar No. 463965
          Eduardo W. Gonzalez
          Assistant County Attorney
          Florida Bar No. 0129607
          Telephone: (305) 375-5151
          Facsimile: (305) 375-5634
          Email: ewg@miamidade.gov
          Miami-Dade County Attorney's Office
          Stephen P. Clark Center
          111 N.W. 1st Street, Suite 2810
          Miami, Florida  33128

---

[1] On May 22, 2008, the Court entered its Findings of Facts and Conclusions of Law (the "Order") (D.E. No. 27) on Plaintiffs' Emergency Motion for Preliminary Injunction. In the Order, the Court concluded that the following claims were not ripe for review: Count III (Violation of Procedural Due Process); Count IV (Violation of Substantive Due Process); and Count V (Violation of Dormant Commerce Clause). (D.E. No. 27 at 11-13). In the Order, however, the Court did not specifically dismiss these claims. The County realizes that the Court granted, in part, Plaintiffs' motion for injunction on Plaintiffs' claims of federal preemption (Counts I – II) and acknowledges that, consistent with its Order, the Court will presumably not dismiss these preemption claims or Plaintiffs' claim for injunctive relief (Count VI). The County, however, wishes to preserve and maintain its arguments that the Crane Ordinance is not preempted under federal law and that Plaintiffs are not entitled to injunctive relief.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    ___s/Eduardo W. Gonzalez_____
    Assistant County Attorney

## SERVICE LIST

### Case No. 08-21274-CIV-UNGARO/SIMONTON
### United States District Court, Southern District of Florida

**Counsel for Plaintiffs**

Brian A. Wolf, Esq.
Email: bawolf@smithcurrie.com
Maura K. Anderson
Email: mkanderson@smithcurrie.com
Smith, Currie & Hancock LLP
One East Broward Blvd. - Suite 620
Ft. Lauderdale, FL 33301
Telephone:  (954) 761-8700
Facsimile:  (954) 524-6927
Served by Notice of Electronic Filing

**Counsel for Defendant**

Hugo Benitez
Email: HEB2@miamidade.gov
Assistant County Attorney
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128
Telephone: (305) 375-5151; Facsimile: (305) 375-5634

Eduardo W. Gonzalez
Email: ewg@miamidade.gov
Assistant County Attorney
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128
Telephone: (305) 375-5151; Facsimile: (305) 375-5634