# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 08-21274-CIV-UNGARO

ASSOCIATED BUILDERS AND
CONTRACTORS FLORIDA EAST
COAST CHAPTER, *et al*.,
_____Plaintiffs,

v.

MIAMI-DADE COUNTY,
_____Defendant.
_____/

## ORDER ON MIAMI-DADE COUNTY'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

THIS CAUSE is before the Court upon Miami-Dade County's Motion to Dismiss Plaintiffs' Complaint for Declaratory and Injunctive Relief, filed May 30, 2008.  (D.E. 28.)

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.  For the reasons set forth in this Court's May 22, 2008 Findings and Fact and Conclusions of Law granting Plaintiffs' Emergency Motion for Preliminary Injunction, it is hereby

ORDERED AND ADJUDGED that Miami-Dade County's Motion to Dismiss Plaintiffs' Complaint for Declaratory and Injunctive Relief is GRANTED IN PART.  Counts III, IV, and V of Plaintiffs' Complaint are DISMISSED because they are not ripe for review.

DONE AND ORDERED in Chambers at Miami, Florida, this 3d day of June, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of Record
Magistrate Judge Simonton